## Commonwealth *v.* Mudry, Appellant.

Submitted June 10, 1968. *Carolyn E. Temin* and *Melvin Dildine,* As-

sistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Welsh S. White* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.